IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY PARKINSON, | § | |
| | § | No. 501, 2024 |
| Employee Below, Appellant, | § | |
| | § | Court Below–the Superior |
| v. | § | Court of the State of |
| | § | Delaware |
| PHOENIX STEEL, | § | |
| | § | C.A. No. N24A-04-007 |
| Employer Below, Appellee. | § | |
| | § | |

Submitted: July 16, 2025
Decided: July 24, 2025

Before **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

On this 24th day of July 2025, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the Industrial Accident Board's March 28, 2024 Order should be affirmed on the basis of and for the reasons stated in the Superior Court's November 4, 2024 Bench Ruling and Order.

NOW, THEREFORE, IT IS ORDERED that the above-described orders of the Industrial Accident Board and the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice